Thomas H. HOPKINS, Petitioner-Appellant,

v.

UNITED STATES of America, Respondent-Appellee.

No. 29244.

United States Court of Appeals, Fifth Circuit.

April 10, 1970.

Thomas H. Hopkins, pro se.

Seagal V. Wheatley, U. S. Atty., Jeremiah Handy, Asst. U. S. Atty., San Antonia, Tex., for respondent-appellee.

Before WISDOM, COLEMAN and SIMPSON, Circuit Judges.

PER CURIAM.

In this case the district court denied the appellant's motion under 28 U.S.C. § 2255 without making findings of fact and conclusions of law, as is required by the provisions of Rule 52(a), F.R.Civ.P. See Welch v. Beto, 5th Cir. 1968, 400 F.2d 582; Waters v. Beto, 5th Cir. 1968, 392 F.2d 74. Therefore the case is remanded to enable the district court to state its findings and conclusions.

Remanded.

---

UNITED STATES of America, Appellee,

v.

Reedy McCALLUM, Appellant.

No. 13462.

United States Court of Appeals, Fourth Circuit.

April 2, 1970.

Charles Porter, Columbia, S. C. (Glenn & Porter, Columbia, S. C., on the brief), for appellant.

Joseph O. Rogers, Jr., U. S. Atty. for District of South Carolina, and Marvin L. Smith, Asst. U. S. Atty., for appellee.

Before HAYNSWORTH, Chief Judge, CRAVEN, and BUTZNER, Circuit Judges.

PER CURIAM:

After a brief on behalf of the appellant, Reedy McCallum, was filed, the government moved for a summary affirmance. Our consideration of the brief, the motion, and the record leads us to the conclusion that this appeal presents no substantial question. The government's motion is granted, and the judgment is affirmed.

Affirmed.